**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON DOCKET**

Eastern District of Kentucky
**F I L E D**

**DEC 05 2018**

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

*Electronically Filed*

| | |
|---|---|
| FRED MULLINS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil Action No.: 5:18-cv-00614-REW |
| ) | Judge Robert E. Wier |
| HOME DEPOT USA, INC. ) | Magistrate Judge |
| ) | |
| Defendant ) | |

**AGREED ORDER REMANDING TO FAYETTE CIRCUIT COURT**

Based on the Plaintiff's Stipulation, previously filed herein, that he is not claiming damages in the above-styled case in excess of $75,000, and will not claim damages in excess of $75,000 at the trial of this action; and the Parties being in agreement;

IT IS HEREBY ORDERED; that this case be, and hereby is, remanded to Fayette Circuit Court for further proceedings.

_____
Robert E. Wier
United States District Judge

Have seen and agree:

_____
Karen Walker, *attorney for Plaintiff,*
*Fred Mullins*

_____
William A. Hoback, *attorney for Defendant,*

1

*Home Depot USA, Inc.*

## CERTIFICATE OF SERVICE

It is hereby certified that a true and accurate copy of the foregoing was served via the US Postal Service and via electronic mail on this 5th of December, 2018 on:

Karen Walker
walkerlawky@windstream.net
WALKER LAW OFFICE, PLLC
106 West Second Street
Lexington, KY  40507
(859) 252-0250
*Counsel for Plaintiff*

2